RECEIVED
IN LAKE CHARLES, LA.

APR - 2 2014

TONY R. MOORE, CLERK
BY_____
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| PATRIOT CONSTRUCTION & EQUIPMENT, L.L.C. | * | CIVIL ACTION NO. 2:13-CV-1529 |
| | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | JUDGE MINALDI |
| | * | |
| QUAD STATES CONSTRUCTION, L.L.C. | * | |
| | * | |
| | * | |
| Defendant | * | MAGISTRATE JUDGE KAY |

*************************************************************

## ORDER

For the reasons stated in the Report and Recommendation [Doc. 13] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the defendant's Motion to Compel Mediation and Arbitration, and to Stay Court Proceedings [Doc. 8] be and hereby is **GRANTED**. The above captioned matter be and hereby is **STAYED** pending the outcome of the parties' proceedings in mediation and, if necessary, arbitration.

Lake Charles, Louisiana, this 24 day of _____ March _____, 2014.

_____
PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE